***E-FILED 01-12-2011***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Dorcas Wheeler, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>Crescent Recovery, LLC; and DOES 1-10, inclusive, <br><br>　　　　Defendants. | Case No. 5:10-cv-02674-HRL <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE <br><br> [Re: Docket No. 25] |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2011

_____
HON. HOWARD R. LLOYD
UNITED STATES ~~DISTRICT~~ JUDGE
　　　　　　　　　　MAGISTRATE